■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OLSEN KEY, Appellant. [933 NYS2d 900]—

The defendant's claims pertaining to the grand jury presentation were forfeited by his plea of guilty (*see People v Crumpler*, 70 AD3d 1396, 1397 [2010]; *People v Martin*, 55 AD3d 1236, 1238 [2008]; *People v Greeman*, 49 AD3d 463, 464 [2008]; *People v Winchester*, 38 AD3d 1336, 1337 [2007]; *People v Santiago*, 305 AD2d 1109, 1110 [2003]; *People v Sachs*, 280 AD2d 966, 967 [2001]; *People v Butler*, 198 AD2d 427 [1993]; *People v Quackenbush*, 98 AD2d 875 [1983]). Furthermore, the County Court did not improvidently exercise its discretion in denying the defendant's motion to withdraw his plea of guilty (*see* CPL 220.60 [3]; *People v Meyers*, 204 AD2d 492 [1994]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]; *People v Kazepis*, 101 AD2d 816 [1984]).

The defendant's remaining contention is without merit. Florio, J.P., Balkin, Belen and Chambers, JJ., concur.